UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Armani Cummings

    v.                                                                               Case No. 21-cv-876-LM

FCI Berlin, Warden

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 22, 2021. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

                                                                             _____
                                                                             Landya B. McCafferty
                                                                             Chief Judge

Date: January 6, 2022

cc:   Armani Cummings, pro se